# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMAR SHUFFORD,
Appellant,
vs.
EUGENIO CANAS,
Respondent.

No. 73583

FILED

SEP 26 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on July 31, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Brown_

cc: Hon. Ronald J. Israel, District Judge
Lamar Shufford
Eugenio Canas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-32641